# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** James Richard Beer Jr. aka James R. Beer, Jr. aka James Beer, Jr. aka James Beer aka James Richard Beer aka James R. Beer<br>Debtor(s) | **BK NO. 21-00166 RNO**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Foundation Finance Company and index same on the master mailing list.

    Respectfully submitted,

    /s/ Rebecca A. Solarz, Esquire

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322