United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                      Case No. 21-00166-RNO

James Richard Beer, Jr.                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                     Page 1 of 2

Date Rcvd: Mar 08, 2021                 Form ID: ntcnfhrg                    Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Richard Beer, Jr., 7172 Glenwood Drive, East Stroudsburg, PA 18301-6651 |
| 5387273 | + | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5387274 | + | BANK OF KIRKSVILLE, PO BOX 787, KIRKSVILLE, MO 63501-0787 |
| 5387275 | + | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5387281 | | ESTATE INFORMATION SVCS, EIS COLLECTIONS, PO BOX 1398, REYNOLDSBURG, OH 43068-6398 |
| 5387282 | | FMS, PO BOX 707600, TULSA, OK 74170-7600 |
| 5387284 | + | GS LOAN SVCS/IN TRUST, 1797 NE EXPRESSWAY, THD LOAN SERVICE, ATLANTA, GA 30329-7803 |
| 5387285 | + | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5387286 | + | NCB MANAGEMENT SERVICES, PO BOX 1099, LANGHORNE, PA 19047-6099 |
| 5387287 | | NORTHSTAR LOCATION SERVICES, FINANCIAL SERVICES DEPT, 4285 GENESEE STREET, BUFFALO, NY 14225-1943 |
| 5387288 | + | PENN ESTATES POA, 304 CRICKET DRIVE, EAST STROUDSBURG, PA 18301-8996 |
| 5389363 | + | Penn Estates Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5387289 | + | RADIUS GLOBAL SOLUTIONS, PO BOX 390905, MINNEAPOLIS, MN 55439-0905 |
| 5387291 | + | SHELLPOINT MORTGAGE SERV, 55 BEATTIE PL STE 300, GREENVILLE, SC 29601-2127 |
| 5387292 | + | STABILIS SPLIT ROCK JV LLC, PO BOX 547-B, LAKE HARMONY, PA 18624-0819 |
| 5387294 | | WILLOWBROOK CONCORD SERVICING CORP, PO BOX 29352, PHOENIX, AZ 85038-9352 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2021 19:02:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5387276 | | Email/Text: cms-bk@cms-collect.com | Mar 08 2021 18:43:00 | CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317 |
| 5387277 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 08 2021 19:01:48 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5387278 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 19:02:09 | CITICARDS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5387279 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2021 18:44:00 | COMENITY CAPITAL BANK, BANKRUPTCY DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5389403 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 08 2021 19:01:48 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5391780 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 19:01:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5387280 | | Email/Text: mrdiscen@discover.com | Mar 08 2021 18:43:00 | DISCOVER, PO BOX 15316, WILMINGTON, DE 19850 |
| 5389228 | | Email/Text: mrdiscen@discover.com | Mar 08 2021 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5387283 | | Email/Text: nwilliamson@foundationfinance.com | | |

| | | | |
|---|---|---|---|
| | | Mar 08 2021 18:44:00 | FOUNDATION FINANCE COMPANY, PO BOX 437, SCHOFIELD, WI 54476 |
| 5387290 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 19:02:25 | SEARS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5387293 | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2021 19:02:03 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5387457 | + Email/PDF: gecsedi@recoverycorp.com | Mar 08 2021 19:02:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Foundation finance company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 James Richard Beer  Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Richard Beer Jr.,
aka James Beer Jr., aka James R. Beer Jr., aka James
Beer, aka James R. Beer, aka James Richard Beer,

**Debtor 1**

Chapter          13

Case No.          5:21−bk−00166−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 28, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: May 5, 2021  Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: ToniaWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2021 |

ntcnfhrg (03/18)