IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre)

**JAMES RICHARD BEER, JR.**

**DEBTOR.**  CASE NO.: 5:21-bk-00166
Chapter: 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

For the purpose of receiving notices, the undersigned law firm appears in the above-captioned cause for **Bank of Kirksville**. Pursuant to Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be given in this case, and all papers served or required to be served in this case, including but not limited to orders on, notices of, and all documents concerning any applications, motions, petitions, complaints, pleadings, or demands, transmitted or conveyed by mail, delivery, telecopy or otherwise, which affect Debtors or property of Debtors, be given to or served upon the undersigned at the office, address and telephone numbers set forth:

Jennifer M. Fain
Witt, Hicklin & Snider, P.C.
2300 Higgins Road, P.O. Box 1517
Platte City, MO 64079
Telephone (816) 858-2750
Fax (816) 858-3009
Email address: jfain@wittlaw.com

1

WITT, HICKLIN & SNIDER, P.C.

_/s/ Jennifer M. Fain_
JENNIFER M. FAIN       #62128
2300 Higgins Road, P.O. Box 1517
Platte City, Missouri 64079
Telephone (816) 431-2750 & 858-2750
Fax (816) 858-3009
email address:  jfain@wittlaw.com
Attorney for Creditor Bank of Kirksville

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2021, the above and foregoing Entry of Appearance and Request for Notices was electronically filed with the Clerk of the United States Bankruptcy Court, Middle District of Pennsylvania, and electronic notice of this filing was served upon parties of interest by the Office of the Clerk.

_/s/ Jennifer M. Fain_

2