IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre)

James Richard Beer, Jr.,
Debtor.

CASE NO. 5:21-bk-0166
Chptr 13

## SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE

The following Exhibits in reference to Bank of Kirksville's Proof of Claim are available upon request:

1. Note No. 93087 dated 10/14/2013

2. Future Advance Deed of Trust dated 10/14/2013 and Recorded on October 28, 2013 in Scotland County, Missouri, Recorder of Deeds

Respectfully submitted,

Date: 3/31/21

_____
JENNIFER M. FAIN
Attorney for Bank of Kirksville

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of all documents supporting my Proof of Claim referenced above, including legible copies of all documents evidencing perfection of security interests have been served on the Trustee and Debtor's counsel on the 31st day of March, 2021. Copies of the above documents are available to other parties in interest upon request.

_____
JENNIFER M. FAIN