# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re:<br>JAMES RICHARD BEER, JR. and<br><br>Debtor(s). | Case No. 21-00166<br><br>Chapter Chapter 13 |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM

NOW COMES, Foundation Finance Company, LLC and hereby provides notice the Proof of Claim 7, filed by Foundation Finance Company, LLC on March 23, 2021, in the amount of $8,934.24, has been paid in full and is satisfied.

DATED: February 12, 2025

/s/ JORDAN MORRISON
JORDAN MORRISON
Representative (non-attorney contact) for
Foundation Finance Company, LLC
749 Gateway, Suite G-601
Abilene, TX 79602
Phone: (877) 332-3543
Email: bncmail@w-legal.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re:<br>JAMES RICHARD BEER, JR. and<br><br>Debtor(s). | Case No. 21-00166<br><br>Chapter Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, JORDAN MORRISON, HEREBY CERTIFY, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, a true and correct copy of the foregoing Notice of Satisfaction of Proof of Claim No. 7 was electronically filed using the Court's ECF system, which will send notification of such filing, or by first-class mail, postage prepaid, on February 12, 2025 to the following parties:

Trustee via ECF Mail:
JACK N. ZAHAROPOULOS
info@pamd13trustee.com

Debtor('s/s') Counsel via ECF Mail:
ROBERT J. KIDWELL, III
rkidwell@newmanwilliams.com

U.S. Trustee via ECF Mail:
UNITED STATES TRUSTEE
ustpregion03.ha.ecf@usdoj.gov

Dated: February 12, 2025

/s/ JORDAN MORRISON
JORDAN MORRISON