United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00166-MJC |
| James Richard Beer, Jr. | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Nov 21, 2025 | Form ID: ordsmiss | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James Richard Beer, Jr., 7172 Glenwood Drive, East Stroudsburg, PA 18301-6651 |
| aty | + | C/o Jennifer M. Fain Bank of Kirksville, Witt, Hicklin & Snider, P.C., Witt Hicklin & Snider, P.C., 2300 Higgins Road, P O Box 1517, Platte City, MO 64079-1517 |
| 5387274 | + | BANK OF KIRKSVILLE, PO BOX 787, KIRKSVILLE, MO 63501-0787 |
| 5387284 | + | GS LOAN SVCS/IN TRUST, 1797 NE EXPRESSWAY, THD LOAN SERVICE, ATLANTA, GA 30329-7803 |
| 5387288 | + | PENN ESTATES POA, 304 CRICKET DRIVE, EAST STROUDSBURG, PA 18301-8996 |
| 5389363 | + | Penn Estates Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5387292 | + | STABILIS SPLIT ROCK JV LLC, PO BOX 547-B, LAKE HARMONY, PA 18624-0819 |
| 5387294 | | WILLOWBROOK CONCORD SERVICING CORP, PO BOX 29352, PHOENIX, AZ 85038-9352 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 21 2025 23:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5387273 | + | Email/PDF: bncnotices@becket-lee.com | Nov 21 2025 18:47:14 | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5387275 | + | EDI: TSYS2 | Nov 21 2025 23:36:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5387276 | | Email/Text: cms-bk@cms-collect.com | Nov 21 2025 18:36:00 | CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317 |
| 5387277 | | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5387278 | + | EDI: CITICORP | Nov 21 2025 23:36:00 | CITICARDS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5387279 | | EDI: WFNNB.COM | Nov 21 2025 23:36:00 | COMENITY CAPITAL BANK, BANKRUPTCY DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5389403 | | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5391780 | | EDI: CITICORP | Nov 21 2025 23:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5387280 | | EDI: DISCOVER | Nov 21 2025 23:36:00 | DISCOVER, PO BOX 15316, WILMINGTON, DE 19850 |
| 5389228 | | EDI: DISCOVER | Nov 21 2025 23:36:00 | Discover Bank, Discover Products Inc, PO Box |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | 3025, New Albany OH 43054-3025 |
| 5387281 | | Email/Text: eis.usbnc@eismgmt.com | Nov 21 2025 18:36:00 | ESTATE INFORMATION SVCS, EIS COLLECTIONS, PO BOX 1398, REYNOLDSBURG, OH 43068-6398 |
| 5387282 | ^ MEBN | | Nov 21 2025 18:35:38 | FMS, PO BOX 707600, TULSA, OK 74170-7600 |
| 5387283 | | Email/Text: administrative@foundationfinance.com | Nov 21 2025 18:36:00 | FOUNDATION FINANCE COMPANY, PO BOX 437, SCHOFIELD, WI 54476 |
| 5397673 | + | Email/Text: bncmail@w-legal.com | Nov 21 2025 18:36:00 | Foundation Finance Company, LLC, c/o Weinstein & Riley, P.S., 2001 Western Avenue Suite 400, Seattle, WA 98121-3132 |
| 5401493 | + | Email/Text: bankruptcy@greenskycredit.com | Nov 21 2025 18:36:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5387285 | ^ MEBN | | Nov 21 2025 18:35:42 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5387286 | ^ MEBN | | Nov 21 2025 18:35:35 | NCB MANAGEMENT SERVICES, PO BOX 1099, LANGHORNE, PA 19047-6099 |
| 5387287 | ^ MEBN | | Nov 21 2025 18:35:39 | NORTHSTAR LOCATION SERVICES, FINANCIAL SERVICES DEPT, 4285 GENESEE STREET, BUFFALO, NY 14225-1943 |
| 5395912 | | EDI: PRA.COM | Nov 21 2025 23:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5399770 | | EDI: Q3G.COM | Nov 21 2025 23:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5387289 | + | Email/Text: ngisupport@radiusgs.com | Nov 21 2025 18:36:00 | RADIUS GLOBAL SOLUTIONS, PO BOX 390905, MINNEAPOLIS, MN 55439-0905 |
| 5387290 | + | EDI: CITICORP | Nov 21 2025 23:36:00 | SEARS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5387291 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 21 2025 18:36:00 | SHELLPOINT MORTGAGE SERV, 55 BEATTIE PL STE 300, GREENVILLE, SC 29601-2127 |
| 5387293 | | EDI: SYNC | Nov 21 2025 23:36:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5387457 | + | EDI: PRA.COM | Nov 21 2025 23:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Foundation finance company bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jennifer M. Fain | on behalf of Attorney C/o Jennifer M. Fain Bank of Kirksville jfain@wittlaw.com |
| Robert J Kidwell, III | on behalf of Debtor 1 James Richard Beer  Jr. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 James Richard Beer  Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Richard Beer Jr., aka James Beer Jr., aka James R. Beer Jr., aka James Beer, aka James R. Beer, aka James Richard Beer, | Chapter 13 |
| | Case No. 5:21−bk−00166−MJC |
| **Debtor 1** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: November 21, 2025

ordsmiss (05/18)