UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JAMES RICHARD BEER, JR
AKA JAMES R. BEER
AKA JAMES RICHARD BEER
AKA JAMES R. BEER, JR
AKA JAMES BEER JR
AKA JAMES BEER
    Debtor(s)

CHAPTER 13

CASE NO: 5-21-BK-00166MJC

## FUNDS REMITTED TO COURT

Please find here to check number 9021796 in the amount of $41.70 representing unclaimed funds owed to Debtor(s), James Richard Beer, Jr, the Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | JAMES RICHARD BEER, JR.<br>7172 GLENWOOD DRIVE<br>EAST STROUDSBURG, PA 18301 | $41.70 |

Dated: January 21, 2026

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: dschott@pamd13trustee.com